### FOWLER *v.* FOWLER.

ATKINSON, J.  This was an application for temporary alimony and counsel fees.  The evidence as to whether the marriage between the parties was valid was conflicting, and the discretion of the trial judge will not be interfered with.  *Judgment affirmed.  All the Justices concur.*

Argued April 19,—Decided May 17, 1907.

Petition for alimony.  Before Judge Fite.  Gordon superior court.  September 26, 1906.

*O. N. Starr* and *M. B. Eubanks,* for plaintiff in error.